ANNUNZIATO SORRENTI, Appellant, *v.* DOMENICO DIS-CIPIO et al., Respondents.

(Submitted March 13, 1934; decided April 17, 1934.)

*Harry Krieger* for appellant.

*William Scott, II*, and *Eben H. P. Squire* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.